1016

[No. 47802-8-I. Division One. November 13, 2001.]

THE BUCHANAN GROUP, INC., *Appellant*, v. GENE J. BONOMI, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-26803-2, Harriett M. Cody, J., entered December 8, 2000. *Reversed* by unpublished opinion per Ellington, J., concurred in by Becker, A.C.J., and Grosse, J.

[No. 47812-5-I. Division One. November 13, 2001.]

KATHLEEN ROOT, ET AL., *Appellants*, v. UNITED SERVICES AUTOMOBILE ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 00-2-00023-8, Michael E. Rickert, J., entered November 2, 2000. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Grosse and Ellington, JJ.

[No. 47909-1-I. Division One. November 13, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE NASH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-05479-5, Dean Scott Lum, J., entered December 26, 2000. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 18663-6-III. Division Three. November 15, 2001.]

APPROVED ESCROW, INC., *Plaintiff*, v. WILLIAM R. LOOMIS, *as Trustee, Respondent*, QUINN R. OWEN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-01413-2, James M. Murphy, J., entered July 22, 1999. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Sweeney, J.